**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Ruben D.A.G.,

            Petitioner,

v.

Todd Blanche, Acting Attorney
General, et al.,

            Respondents.

**ORDER DISMISSING PETITION**
**FOR WRIT OF HABEAS CORPUS**

Civil File No. 26-02041 (MJD/DJF)

Kerry McGuire, Catholic Legal Immigration Network, Inc., Silver Spring, MD,
Counsel for Petitioner.
David W. Fuller, Jaymarie Arlene Miranda, Assistant United States Attorneys,
Counsel for Respondents.

On April 20, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to immediately release Petitioner and to return his personal property.  [Doc. 9.]  On April 24, 2026, Respondents informed the Court that Petitioner had been released from detention in Minnesota with all his property and without conditions.  [Doc. 11.]

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Ruben D.A.G.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 27, 2026

                    s/Michael J. Davis
                    Michael J. Davis
                    United States District Court